UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LATOYA HUNTER,

        Plaintiff,

                         Case No.: 8:14-cv-02198-JSM-TGW

v.

DIVERSIFIED CONSULTANTS, INC.,

        Defendant.
_____/

### NOTICE OF PENDING SETTLEMENT

    Defendant, Diversified Consultants, Inc., (DCI), by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: April 2, 2015

                                    Respectfully Submitted,

                                    */s/ Abigail Pressler*
                                    Abigail S. Pressler, Esq.
                                    Florida Bar No. 0098072
                                    Dayle M. Van Hoose, Esq.
                                    Florida Bar No. 0016277
                                    SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
                                    3350 Buschwood Park Drive, Suite 195
                                    Tampa, FL 33618
                                    Telephone: (813) 890-2469
                                    Facsimile: (866) 466-3140
                                    apressler@sessions-law.biz

dvanhoose@sessions-law.biz

*Attorneys for Defendant,*
*Diversified Consultants, Inc.*

### **CERTIFICATE OF SERVICE**

I certify that on this 2nd day of April 2015, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road-Suite 250
Clearwater, FL 33762
wjg@mazgadd.com

*/s/ Abigail Pressler*
Attorney